# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) <u>Elizabeth Colon</u>　　　　　　　Case No. <u>15-09380</u>　　　Chapter <u>13</u>

All Cases: Moving Creditor <u>Neighborhood Lending Services, Inc</u>　　　Date Case Filed <u>03/17/2015</u>

Nature of Relief Sought: <u>X</u>  Lift Stay　__ Annul Stay　__ Other (describe) _____

Chapter 13: Date of Confirmation Hearing　　　　　　Or Date Plan Confirmed <u>July 27, 2015</u>

Chapter 7: __ No-Asset Report Filed on _____
　　　　　 __ No-Asset Report not Filed.  Date of Creditors Meeting _____

1. Collateral
   a. <u>X</u>  Home
   b. __ Car  Year, Make, and Model _____
   c. __ Other (describe) _____

2. Balance Owed as of January 14, 2019 $<u>92,840.45</u>
   Total of all other Liens against Collateral $<u>14,765.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post—petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $<u>162,000.00</u>

5. Default
   a. __ Pre-Petition Default
      　　Number of months _____　　Amount $_____

   b. <u>X</u>  Post-Petition Default
      i. <u>X</u>  On direct payments to the moving creditor
         Number of months <u>4</u>　　Amount $<u>3,642.66</u>

      ii. __ On payments to the Standing Chapter 13 Trustee
         Number of months _____　　Amount $_____

6. Other Allegations
   a. <u>X</u>  Lack of Adequate Protection § 362 (d)(1)
      i. __ No insurance
      ii. __ Taxes unpaid　　Amount $_____
      iii. <u>X</u>  Rapidly depreciating asset
      iv. __ Other (describe) _____

   b. <u>X</u>  No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)

   c. __ Other "Cause" § 362 (d)(1)
      i. __ Bad Faith (describe) _____
      ii. __ Multiple Filings
      iii. __ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. __ Reaffirm  ii. __ Redeem   iii. __ Surrender  iv. __ No Statement of Intention Filed

Date: <u>January 15, 2020</u>　　　　　　/s/Michael Dimand
　　　　　　　　　　　　　　　　　　Michael Dimand
　　　　　　　　　　　　　　　　　　Counsel for Movant